# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDEX CUSTOMER INFORMATION SERVICES, INC., | No. 2:23-cv-06391-JAK (RAOx) |
| Plaintiff, | **JUDGMENT** |
| v. | **JS-6** |
| DOSE OF ROSES, INC., a California corporation; and DOES 1 to 10, | |
| Defendants. | |

**JUDGMENT IS HEREBY ENTERED** as follows:

Judgment is entered in favor of Plaintiff FedEx Customer Information Services, Inc., and against Defendant Dose of Roses, Inc., in the total amount of $722,900.92, comprised of $722,316.72 in damages and $584.20 in costs.

**IT IS SO ORDERED.**

Dated: February 1, 2024

John A. Kronstadt
United States District Judge

2